**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. 1:12-cv-967-JLK

KENNETH JASON RAGSDELL,

    Plaintiff,

v.

REGIONAL HOUSING ALLIANCE OF LA PLATA COUNTY,
LA PLATA HOMES FUND, INC., and
JENNIFER LOPEZ,

    Defendants.

---

## ORDER

---

Kane, J.

On March 12, 2014, I entered an order on Defendants' Motions for Summary Judgment (Docs. 34 and 35), whereby I granted Defendant La Plata Homes Fund, Inc. summary judgment on all of Plaintiff's claims for relief, and whereby I granted Defendants the Regional Housing Alliance of La Plata County ("RHA") and Jennifer Lopez summary judgment on Plaintiff's second and fourth claims for relief but denied those Defendant summary judgment on Plaintiff's first claim for relief and denied RHA summary judgment on Plaintiff's third claim for relief. Order Granting in Part and Denying in Part ECF. Doc 34 & Granting ECF Doc. 35 (Doc. 71). Defendants RHA and Jennifer Lopez appealed my partial denial of their motion for summary judgment to the Tenth Circuit Court of Appeals, *see* Notice of Appeal (Doc. 72), and on January 16, 2015, the Tenth Circuit issued a decision reversing and remanding my denial of summary judgment for Ms. Lopez and dismissing RHA's appeal based on a lack of jurisdiction. Order and Judgment (Doc. 78) at 9.

The mandate having issued, it is ORDERED that the Clerk shall enter judgment in favor of Ms. Lopez on Plaintiff's first claim for relief.  Ms. Lopez shall bear her own costs in defending this action and pursuing her appeal.

It is FURTHER ORDERED that a Pretrial Conference on Plaintiff's first and third claims against the Regional Housing Alliance of La Plata County is set for March 20, 2015 at 10 a.m. in Courtroom A802, on the 8th Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street.  Pursuant to my standing order regarding pretrial and trial procedures, *see* Memorandum to Counsel from Senior Judge John L. Kane Re: Pretrial and Trial Procedures (January 2012), the parties are required to jointly prepare and submit *in editable format* a proposed Pretrial Order no later than March 16, 2015.  The proposed Pretrial Order shall also be filed in .pdf format through the normal CM/ECF process.

In addition, my pretrial procedures require the parties to submit proposed jury instructions no later than 30 days after the Pretrial Conference.

DATED:   February 20, 2015          BY THE COURT:

                                    s/John L. Kane
                                    Senior U.S. District Court Judge