**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00967-JLK

KENNETH JASON RAGSDELL,

      Plaintiff,

v.

REGIONAL HOUSING ALLIANCE OF LA PLATA COUNTY,
LA PLATA HOMES FUND, INC., and
JENNIFER LOPEZ,

      Defendant.

---

## JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order of Judge John L. Kane entered on February 20, 2015 it is

ORDERED that  judgment is entered in favor of Jennifer Lopez and against Kenneth Jason Ragsdell on Plaintiff's first claim of relief. It is

FURTHER ORDERED that Ms. Lopez shall bear her own costs in defending this action and pursuing her appeal.


Dated at Denver, Colorado this 20th day of February, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   A. Thomas
_____

Deputy Clerk